UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LYNN SMITH, et al., | No. 2:24-cv-2268 DC SCR |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiffs are proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by Local Rule 302(c)(21). Pending before the Court is Plaintiffs' Motion to Extend Time for Service of Process ("Motion"). ECF No. 8.

The deadline to complete service was November 19, 2024. On November 15, 2024, before the deadline expired, Plaintiffs filed the present Motion requesting a 60-day extension of time to effectuate service. ECF No. 8. Plaintiffs allege that good cause exists for an extension because (1) no prior extension has been requested, (2) they have "been researching and seeking an attorney to assist [them] with the case, and to file an amended complaint," and (3) "there are needs for alternate service." *Id.* at 1-2.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiffs' deadline to effectuate service shall be extended to January 18, 2025.
2. If plaintiff fails to timely comply with this order, the undersigned may recommend

that this action be dismissed for failure to prosecute.

DATED: December 10, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE