UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LYNN SMITH and RASHID DESHAWN DEARY-SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO et al,<br><br>Defendant. | No. 2:24-cv-02268-DC-SCR<br><br>FINDINGS AND RECOMMENDATIONS TO DENY MOTION FOR DEFAULT JUDGMENT |

  Plaintiffs' motion for a default judgment against Defendants County of Sacramento, Noah Louis Phillips, Kelly Michael Jobe, Nicholas Bo Johnson, Michael Allen Savage, Alicia Derrico, Jesse R. Saucedo, District Attorney's Office, and Sacramento County Sheriff Department (ECF No. 31) is before the undersigned pursuant to Local Rule 302(c)(19).

  Federal Rule of Civil Procedure 55 governs entry of default and applications for default judgment. When a party against whom a plaintiff seeks affirmative relief has failed to plead or otherwise defend against such action, and that this failure is shown by affidavit or otherwise, the clerk must enter the party's default. Fed. R. Civ. P. 55(a). Upon entry of default, the complaint's factual allegations regarding liability are taken as true, while allegations regarding the amount of

1

damages must be proven. *Dundee Cement Co. v. Howard Pipe & Concrete Prods.*, 722 F.2d 1319, 1323 (7th Cir. 1983) (citing *Pope v. United States*, 323 U.S. 1 (1944); *Geddes v. United Fin. Group*, 559 F.2d 557 (9th Cir. 1977)); *see also DirectTV v. Huynh*, 503 F.3d 847, 851 (9th Cir. 2007); *TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917-18 (9th Cir. 1987).

The motion asserts that the targeted Defendants "failed to answer or defend against the complaint." ECF No. 31 at 2. These Defendants have defended against the action by filing motions to dismiss the complaint. ECF Nos. 24, 28. Accordingly, the clerk declined to enter default against these Defendants the day after Plaintiffs filed their motion for default judgment. ECF No. 32. Plaintiffs have since filed affidavits asserting that these Defendants did not defend against the First Amended Complaint "within the time allowed by California Laws." ECF Nos. 37 at 2, 38 at 2. To the extent that the motions to dismiss this action are untimely, Plaintiffs have waived such defect by not requesting default before Defendants filed such motions.

**IT IS HEREBY RECOMMENDED** that Plaintiffs' motion for default judgment be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen (14) days after these findings and recommendations are filed, any party may file written objections with the Court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within 14 days after service of the objections. The parties are advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order. See *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 27, 2025

Hon. Sean C. Riordan
U.S. MAGISTRATE JUDGE