UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LYNN SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:24-cv-02268-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 21, 22, 26, 28, 67) |

Plaintiffs are proceeding *pro se* in this matter, which was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 1, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 67.) Following a 30-day extension of this deadline (ECF No. 70), Plaintiffs filed objections to the findings and recommendations on August 12, 2025. (ECF No. 71.) Defendants filed responses to Plaintiffs' objections on August 25 and 29, 2025. (ECF Nos. 72, 73.) On September 8 and 12, 2025, Plaintiffs filed oppositions to Defendants' responses. (ECF Nos. 74, 75.) Plaintiffs' objections and subsequent filings do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

1

court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiffs' objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations dated July 1, 2025 (ECF No. 67) are ADOPTED in full;

2. Defendant City of Sacramento's motion to dismiss (ECF No. 21) is GRANTED as to all causes of action without leave to amend;

3. The motion to dismiss filed by Defendants County of Sacramento, Scott Jones, Elaine Stoops, Noah Louis Phillips, Kelly Michael Jobe, Nicholas Bo Johnson, Anne Marie Schubert, Jan Scully, Jesse Saucedo, District Attorney's Office, and Sacramento County Sheriff Department (ECF Nos. 22) is GRANTED as to all causes of action without leave to amend;

4. Defendant California Department of Corrections' motion to dismiss (ECF No. 26) is GRANTED as to all causes of action without leave to amend;

5. The motion to dismiss filed by Defendants Judge Michael Allen Savage and Alicia Derrico (ECF No. 28) is GRANTED as to all causes of action without leave to amend; and

6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 24, 2025**

_____
Dena Coggins
United States District Judge

2